**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: WIEDMAIER, JOHN FRANCIS | § Case No. 09-71301 |
| | § |
| | § |
| Debtor(s) | § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on March 31, 2009. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $      6,001.82

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 4.74 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $      5,997.08 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

6. The deadline for filing claims in this case was 11/17/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,350.18. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,350.18, for a total compensation of $1,350.18. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/27/2010         By:/s/BERNARD J. NATALE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-71301  
**Case Name:** WIEDMAIER, JOHN FRANCIS  
**Period Ending:** 09/27/10

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/31/09 (f)  
**§341(a) Meeting Date:** 05/13/09  
**Claims Bar Date:** 11/17/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Residence: main, Location: 425 W. Washington Str | 134,000.00 | 0.00 | DA | 0.00 | FA |
| 2   Land: 2 acres, Location: Halverson Drive, Mareng | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 3   Bank Account: checking account | 120.00 | 0.00 | DA | 0.00 | FA |
| 4   Bank Account: savings account | 15.51 | 15.51 | DA | 0.00 | FA |
| 5   Household: kitchen items, dishes, flatware, iron | 200.00 | 0.00 | DA | 0.00 | FA |
| 6   Furniture: bed (3), dressers (5), couch, chair, | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 7   Office: personal computer | 150.00 | 0.00 | DA | 0.00 | FA |
| 8   Books-Music: books | 200.00 | 50.00 | DA | 0.00 | FA |
| 9   Clothes: clothing | 350.00 | 0.00 | DA | 0.00 | FA |
| 10  Trade Tools: tools | 100.00 | 0.00 | DA | 0.00 | FA |
| 11  Retirement: pension | 64,005.00 | 0.00 | DA | 0.00 | FA |
| 12  Bond: Walt Disney stock | 0.00 | 0.00 | DA | 0.00 | FA |
| 13  Auto: 2006 Chevrolet Suburban | 19,095.00 | 0.00 | DA | 0.00 | FA |
| 14  Auto: 2004 Dodge Durango | 10,720.00 | 0.00 | DA | 0.00 | FA |
| 15  Auto: 1994 Jeep Wrangler | 2,000.00 | 1,000.00 | | 1,000.00 | FA |
| 16  Fun Vehicle: 2 snowmobiles - 2004 and 2007 Skido | 6,600.00 | 0.00 | DA | 0.00 | FA |
| 17  Motorcyle: 2008 KTM dirtbike | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 18  Motorcyle: 2004 RM 85 dirtbike | 950.00 | 950.00 | | 950.00 | FA |
| 19  Motorcyle: 2004 YZ 450 dirtbike | 1,800.00 | 1,270.00 | | 1,070.00 | FA |
| 20  Motorcyle: 2006 YZ 125 dirtbike | 1,200.00 | 800.00 | | 1,080.00 | FA |
| 21  Trailer: 1997 Wells Cargo trailer | 1,000.00 | 780.00 | | 700.00 | FA |
| 22  Trailer: 1996 8'x5' trailer | 100.00 | 100.00 | DA | 0.00 | FA |
| 23  Boat: Sea Ray 180 boat     Repossessed by the Bank for non-payment | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 24  Boat: Starcraft 16D fishing boat | 5,000.00 | 1,200.00 | | 1,200.00 | FA |
| 25  Boat: 1973 12' aluminum fishing boat | 100.00 | 100.00 | DA | 0.00 | FA |
| 26  Residence: main, Location: 425 W. Washington Str     DUPLICATION OF ASSET 1 | 0.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-71301  
**Case Name:** WIEDMAIER, JOHN FRANCIS  

**Period Ending:** 09/27/10

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/31/09 (f)  
**§341(a) Meeting Date:** 05/13/09  
**Claims Bar Date:** 11/17/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 27  Land: 2 acres, Location: Halverson Drive, Mareng DUPLICATION OF ASSET 2 | 0.00 | 0.00 | DA | 0.00 | FA |
| 28  Bank Account: checking account DUPLICATION OF ASSET 3 | 0.00 | 0.00 | DA | 0.00 | FA |
| 29  Bank Account: savings account DUPLICATION OF ASSET 4 | 0.00 | 0.00 | DA | 0.00 | FA |
| 30  Household: kitchen items, dishes, flatware, iron DUPLICATION OF ASSET 5 | 0.00 | 0.00 | DA | 0.00 | FA |
| 31  Furniture: bed (3), dressers (5), couch, chair, DUPLICATION OF ASSET 6 | 0.00 | 0.00 | DA | 0.00 | FA |
| 32  Office: personal computer DUPLICATION OF ASSET 7 | 0.00 | 0.00 | DA | 0.00 | FA |
| 33  Books-Music: books DUPLICATION OF ASSET 8 | 0.00 | 0.00 | DA | 0.00 | FA |
| 34  Clothes: clothing DUPLICATION OF ASSET 9 | 0.00 | 0.00 | DA | 0.00 | FA |
| 35  Trade Tools: tools DUPLICATION OF ASSET 10 | 0.00 | 0.00 | DA | 0.00 | FA |
| 36  Retirement: pension DUPLICATIONOF ASSET 11 | 0.00 | 0.00 | DA | 0.00 | FA |
| 37  Bond: Walt Disney stock DUPLICATION OF ASSET 12 | 0.00 | 0.00 | DA | 0.00 | FA |
| 38  Auto: 2006 Chevrolet Suburban DUPLICATION OF ASSET 13 | 0.00 | 0.00 | DA | 0.00 | FA |
| 39  Auto: 2004 Dodge Durango DUPLICATION OF ASSET 14 | 0.00 | 0.00 | DA | 0.00 | FA |
| 40  Auto: 1994 Jeep Wrangler DUPLICATION OF ASSET 15 | 0.00 | 0.00 | DA | 0.00 | FA |
| 41  Fun Vehicle: 2 snowmobiles - 2004 and 2007 Skido DUPLICATION OF ASSET 16 | 0.00 | 0.00 | DA | 0.00 | FA |
| 42  Motorcyle: 2008 KTM dirtbike DUPLICATION OF ASSET 17 | 0.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-71301  
**Case Name:** WIEDMAIER, JOHN FRANCIS  

**Period Ending:** 09/27/10

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/31/09 (f)  
**§341(a) Meeting Date:** 05/13/09  
**Claims Bar Date:** 11/17/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 43 | Motorcyle: 2004 RM 85 dirtbike<br>DUPLICATION OF ASSET 18 | 0.00 | 0.00 | DA | 0.00 | FA |
| 44 | Motorcyle: 2004 YZ 450 dirtbike<br>DUPLICATION OF ASSET 19 | 0.00 | 0.00 | DA | 0.00 | FA |
| 45 | Motorcyle: 2006 YZ 125 dirtbike<br>DUPLICATION OF ASSET 20 | 0.00 | 0.00 | DA | 0.00 | FA |
| 46 | Trailer: 1997 Wells Cargo trailer<br>DUPLICATION OF ASSET 21 | 0.00 | 0.00 | DA | 0.00 | FA |
| 47 | Trailer: 1996 8'x5' trailer<br>DUPLICATION OF ASSET 22 | 0.00 | 0.00 | DA | 0.00 | FA |
| 48 | Boat: Sea Ray 180 boat<br>DUPLICATION OF ASSET 23 | 0.00 | 0.00 | DA | 0.00 | FA |
| 49 | Boat: Starcraft 16D fishing boat<br>DUPLICATION OF ASSET 24 | 0.00 | 0.00 | DA | 0.00 | FA |
| 50 | Boat: 1973 12' aluminum fishing boat<br>DUPLICATION OF ASSET 25 | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.82 | Unknown |
| 51 | Assets    Totals (Excluding unknown values) | **$359,905.51** | **$6,265.51** | | **$6,001.82** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE RECEIVING PAYMENTS ON SALE OF NON EXEPT ASSETS TO DEBTOR.

**Initial Projected Date Of Final Report (TFR):**   December 13, 2010        **Current Projected Date Of Final Report (TFR):**   December 13, 2010

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-71301  
**Case Name:** WIEDMAIER, JOHN FRANCIS  
**Taxpayer ID #:** **-***5711  
**Period Ending:** 09/27/10  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****62-65 - Money Market Account  
**Blanket Bond:** $552,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/24/09 | {15} | JOHN F. WIEDMAIER | COMPROMISE PAYMENT | 1129-000 | 500.00 | | 500.00 |
| 09/25/09 | {15} | John Wiedmaier | Pymt on Compromise on Vehicles | 1129-000 | 500.00 | | 1,000.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 1,000.02 |
| 10/28/09 | {20} | John Wiedmaier | PAYMENT ON NON-EXEMPT ASSET | 1129-000 | 500.00 | | 1,500.02 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,500.06 |
| 11/24/09 | | John Wiedmaier | Payment on Non-Exempts Assets | | 500.00 | | 2,000.06 |
| | {20} | | | 300.00 | 1129-000 | | 2,000.06 |
| | {24} | | | 200.00 | 1129-000 | | 2,000.06 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 2,000.12 |
| 12/21/09 | {24} | John F. Wiedmaier | | 1129-000 | 500.00 | | 2,500.12 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,500.20 |
| 01/26/10 | {24} | John F. Wiedmaier | Payment on Compromise for Non-Exempt Assets | 1129-000 | 500.00 | | 3,000.20 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.09 | | 3,000.29 |
| 02/26/10 | {21} | John F Wiedmaier | Payment on Non-Exempt Assets/Compromise | 1129-000 | 500.00 | | 3,500.29 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 3,500.40 |
| 03/26/10 | | John Wiedmaier | | | 500.00 | | 4,000.40 |
| | {20} | | | 280.00 | 1129-000 | | 4,000.40 |
| | {19} | | | 220.00 | 1129-000 | | 4,000.40 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 4,000.55 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.02 | | 4,000.57 |
| 04/06/10 | | Wire out to BNYM account 9200******6265 | Wire out to BNYM account 9200******6265 | 9999-000 | -4,000.57 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -4,000.57 | 0.00 | |
| | | | **Subtotal** | | 4,000.57 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,000.57** | **$0.00** | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-71301  
**Case Name:** WIEDMAIER, JOHN FRANCIS  

**Taxpayer ID #:** **-***5711  
**Period Ending:** 09/27/10

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******62-65 - Money Market Account  
**Blanket Bond:** $552,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6265 | Wire in from JPMorgan Chase Bank, N.A. account ********6265 | 9999-000 | 4,000.57 | | 4,000.57 |
| 04/27/10 | | John Wiedmaier | | | 2,000.00 | | 6,000.57 |
| | {18} | | Pymt of Compromise    950.00 | 1129-000 | | | 6,000.57 |
| | {19} | | Pymt of Compromise    850.00 | 1129-000 | | | 6,000.57 |
| | {21} | | Pymt of Compromise    200.00 | 1129-000 | | | 6,000.57 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.18 | | 6,000.75 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.35 | | 6,001.10 |
| 06/03/10 | 11001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2010 FOR CASE #09-71301, BOND #016018067 | 2300-000 | | 4.74 | 5,996.36 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.35 | | 5,996.71 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.35 | | 5,997.06 |
| 08/02/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.02 | | 5,997.08 |
| 08/02/10 | | To Account #9200******6266 | Transfer for Final Report | 9999-000 | | 5,997.08 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,001.82 | 6,001.82 | $0.00 |
| | | | Less: Bank Transfers | | 4,000.57 | 5,997.08 | |
| | | | **Subtotal** | | 2,001.25 | 4.74 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,001.25** | **$4.74** | |

{} Asset reference(s)

Printed: 09/27/2010 01:03 PM    V.12.52

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-71301  
**Case Name:** WIEDMAIER, JOHN FRANCIS  

**Taxpayer ID #:** **-***5711  
**Period Ending:** 09/27/10  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******62-66 - Checking Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/02/10 | | From Account #9200******6265 | Transfer for Final Report | 9999-000 | 5,997.08 | | 5,997.08 |
| | | | **ACCOUNT TOTALS** | | 5,997.08 | 0.00 | $5,997.08 |
| | | | Less: Bank Transfers | | 5,997.08 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****62-65** | 4,000.57 | 0.00 | 0.00 |
| **MMA # 9200-******62-65** | 2,001.25 | 4.74 | 0.00 |
| **Checking # 9200-******62-66** | 0.00 | 0.00 | 5,997.08 |
| | $6,001.82 | $4.74 | $5,997.08 |

# Claims Proposed Distribution

### Case: 09-71301    WIEDMAIER, JOHN FRANCIS

Report Includes ONLY Claims with a Proposed Distribution

| **Case Balance:** | $5,997.08 | **Total Proposed Payment:** | $5,997.08 | **Remaining Balance:** | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | BERNARD J. NATALE, LTD. <br> <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 40.28 | 40.28 | 0.00 | 40.28 | 40.28 | 5,956.80 |
| | BERNARD J. NATALE, LTD. <br> <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 2,306.25 | 2,306.25 | 0.00 | 2,306.25 | 2,306.25 | 3,650.55 |
| | BERNARD J. NATALE <br> <2100-00  Trustee Compensation> | Admin Ch. 7 | 1,350.18 | 1,350.18 | 0.00 | 1,350.18 | 1,350.18 | 2,300.37 |
| 1U | Castle Bank | Unsecured | 62.15 | 62.15 | 0.00 | 62.15 | 9.41 | 2,290.96 |
| 2 | Chase Bank USA NA | Unsecured | 2,385.63 | 2,385.63 | 0.00 | 2,385.63 | 360.79 | 1,930.17 |
| 3 | Chase Bank USA, N.A. | Unsecured | 1,176.44 | 1,176.44 | 0.00 | 1,176.44 | 177.91 | 1,752.26 |
| 4 | PYOD LLC as assignee of Citibank | Unsecured | 1,012.85 | 1,012.85 | 0.00 | 1,012.85 | 153.17 | 1,599.09 |
| 5 | GE Money Bank dba JCPenney Credit Serv | Unsecured | 2,205.92 | 2,205.92 | 0.00 | 2,205.92 | 333.60 | 1,265.49 |
| 6 | GE Money Bank dba Dick's Sptg Goods/GEMB | Unsecured | 1,026.58 | 1,026.58 | 0.00 | 1,026.58 | 155.25 | 1,110.24 |
| 7 | GE Money Bank dba Blain's Farm & Flt/GEMB | Unsecured | 2,059.16 | 2,059.16 | 0.00 | 2,059.16 | 311.41 | 798.83 |
| 8 | GE Money Bank dba Lenscrafters | Unsecured | 553.90 | 553.90 | 0.00 | 553.90 | 83.77 | 715.06 |
| 9 | GE Money Bank dba KTM/GEMB | Unsecured | 4,728.22 | 4,728.22 | 0.00 | 4,728.22 | 715.06 | 0.00 |
| | **Total for Case 09-71301 :** | | **$18,907.56** | **$18,907.56** | **$0.00** | **$18,907.56** | **$5,997.08** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $3,696.71 | $3,696.71 | $0.00 | $3,696.71 | 100.000000% |
| **Total Unsecured Claims :** | $15,210.85 | $15,210.85 | $0.00 | $2,300.37 | 15.123218% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-71301
Case Name: WIEDMAIER, JOHN FRANCIS
Trustee Name: BERNARD J. NATALE

Claims of secured creditors will be paid as follows:

*Claimant*                                                *Proposed Payment*

                    N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | BERNARD J. NATALE | $ 1,350.18 | $ |
| *Attorney for trustee* | BERNARD J. NATALE, LTD. | $ 2,306.25 | $ 40.28 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                    *Fees*                    *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,210.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.1 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1U | Castle Bank | $ 62.15 | $ 9.41 |
| 2 | Chase Bank USA NA | $ 2,385.63 | $ 360.79 |
| 3 | Chase Bank USA, N.A. | $ 1,176.44 | $ 177.91 |
| 4 | PYOD LLC as assignee of Citibank | $ 1,012.85 | $ 153.17 |
| 5 | GE Money Bank dba JCPenney Credit Serv | $ 2,205.92 | $ 333.60 |
| 6 | GE Money Bank dba Dick's Sptg Goods/GEMB | $ 1,026.58 | $ 155.25 |
| 7 | GE Money Bank dba Blain's Farm & Flt/GEMB | $ 2,059.16 | $ 311.41 |
| 8 | GE Money Bank dba Lenscrafters | $ 553.90 | $ 83.77 |
| 9 | GE Money Bank dba KTM/GEMB | $ 4,728.22 | $ 715.06 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number     Claimant                              Allowed Amt. of Claim     Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number     Claimant                              Allowed Amt. of Claim     Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**