# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: WIEDMAIER, JOHN FRANCIS          § Case No. 09-71301
                                        §
                                        §
Debtor(s)                               §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   Clerk of The U S Bankruptcy Court
   211 South Court Street
   Rockford IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 11/01/2010 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.


   Dated:  09/27/2010          By:  /s/BERNARD J. NATALE
                                    Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com


**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: WIEDMAIER, JOHN FRANCIS                    § Case No. 09-71301
                                                  §
                                                  §
Debtor(s)                                         §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 6,001.82 |
| and approved disbursements of | $ 4.74 |
| leaving a balance on hand of [1] | $ 5,997.08 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                      *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BERNARD J. NATALE | $ 1,350.18 | $ |
| Attorney for trustee | BERNARD J. NATALE, LTD. | $ 2,306.25 | $ 40.28 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                    *Fees*                    *Expenses*

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,210.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.1 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1U | Castle Bank | $ 62.15 | $ 9.41 |
| 2 | Chase Bank USA NA | $ 2,385.63 | $ 360.79 |
| 3 | Chase Bank USA, N.A. | $ 1,176.44 | $ 177.91 |
| 4 | PYOD LLC as assignee of Citibank | $ 1,012.85 | $ 153.17 |
| 5 | GE Money Bank dba JCPenney Credit Serv | $ 2,205.92 | $ 333.60 |
| 6 | GE Money Bank dba Dick's Sptg Goods/GEMB | $ 1,026.58 | $ 155.25 |
| 7 | GE Money Bank dba Blain's Farm & Flt/GEMB | $ 2,059.16 | $ 311.41 |
| 8 | GE Money Bank dba Lenscrafters | $ 553.90 | $ 83.77 |
| 9 | GE Money Bank dba KTM/GEMB | $ 4,728.22 | $ 715.06 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By:  /s/BERNARD J. NATALE
                Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: jshores               Page 1 of 2                   Date Rcvd: Oct 08, 2010
Case: 09-71301                Form ID: pdf006             Total Noticed: 39

The following entities were noticed by first class mail on Oct 10, 2010.
db           +John Francis Wiedmaier,   425 W. Washington Street,    Marengo, IL 60152-2153
aty          +Bernard J Natale,   Law Office of Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
aty          +Robert M. Kaplan,   Robert M. Kaplan, Attorney at Law,    1535 West Schaumburg Road,   Suite 204,
               Schaumburg, IL 60194-4042
aty          +Scott E Hillison,   6833 Stalter Drive Ste 201,   Rockford, IL 61108-2582
tr           +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
13730726      Amoco Oil BP,   PO Box 15298,   Wilmington, DE 19850-5298
13730727      Blain’s Farm and Fleet,   PO Box 689182,    Des Moines, IA 50368-9182
13730749    ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court: Washington Mutual,    PO Box 660487,    Dallas, TX 75266-0487)
13730728      Carson Pirie Scott,   PO Box 17264,   Baltimore, MD 21297-1264
13730729      Castle Bank,   fka 1st National Bank of Marengo,    Grant Highway,    Marengo, IL 60152
13730730     +Centegra-Woodstock,   2200 N. Seminary Avenue,    Room 136,   Woodstock, IL 60098-2637
14417973      Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
14424148      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
13730731      Citgo,   PO Box 689095,   Des Moines, IA 50368-9095
13730732     +Citifinancial Services,   230 N. Virginia Street, Suite 350,    Crystal Lake, IL 60014-1206
13730733      Citizens Bank,   PO Box 1790,   Flint, MI 48501-1790
13730734      Exxon Mobil,   PO Box 688940,   Des Moines, IA 50368-8940
13730736      GE Money - Dick’s Sporting Goods / GEMB,    PO Box 981438,   El Paso, TX 79998-1438
13730737      GE Money - Lenscrafters / GEMB,   PO Box 981438,    El Paso, TX 79998-1438
14701201     +GE Money Bank dba BLAIN’S FARM & FLEET/GEMB,    Care of Recovery Management Systems Corp,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14731580      GE Money Bank dba KTM/GEMB,   Care of GE Consumer Finance,    PO Box 960061,
               Orlando FL 32896-0661
13730739      HSBC Mastercard,   PO Box 17051,   Baltimore, MD 21297-1051
13730741     +Macy’s,   PO Box 8066,   Mason, OH 45040-8066
14458212     +PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
13730742      Phillips 66 - Conoco 76,   PO Box 689140,    Des Moines, IA 50368-9140
13730744     +Rynders Development Company,   10322 Hwy. 70 West,    Minocqua, WI 54548-9708
13730745      Shell,   PO Box 689151,   Des Moines, IA 50368-9151
13730746     +Specialty Heating,   7170 Blackberry Drive,    Rhinelander, WI 54501-7506
13730747      Tracey Wiedmaier,   Wayne Street,   Union, IL 60180
13730748     +Vilas County Treasurer,   330 Court Street,    Eagle River, WI 54521-8362
13730750      Wells Fargo,   PO Box 60510,   Los Angeles, CA 90060-0510
13730751     +William LeFew, Treasurer,   2200 N. Seminary Avenue,    Woodstock, IL 60098-2637

The following entities were noticed by electronic transmission on Oct 09, 2010.
13730735      E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2010 08:07:40     GE Money,   PO Box 981438,
               El Paso, TX 79998-1438
14701199     +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2010 08:07:40
               GE Money Bank dba DICK’S SPORTING GOODS/GEMB,   Care of Recovery Management Systems Corp,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14731584      E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2010 08:07:40     GE Money Bank dba FUNANCING/GEMB,
               Care of GE Consumer Finance,   P.O. BOX 960061,    Orlando, Florida 32896-0661
14698251     +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2010 08:07:40
               GE Money Bank dba JCPENNEY CREDIT SERVICES,   Care of Recovery Management Systems Corp,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14701202     +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2010 07:57:11     GE Money Bank dba LENSCRAFTERS/GEMB,
               Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13730738     +E-mail/Text: bkr@cardworks.com                            Hooters Mastercard,   PO Box 9201,
               Old Bethpage, NY 11804-9001
13730740     +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2010 08:07:40     JC Penney,   PO Box 981131,
               El Paso, TX 79998-1131
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
13730743    ##+Priaire Community Bank,   800 W. Grant Highway,    Marengo, IL 60152-3077
                                                                                               TOTALS: 0, * 1, ## 1

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ‘##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: jshores            Page 2 of 2              Date Rcvd: Oct 08, 2010
Case: 09-71301                Form ID: pdf006          Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 10, 2010**                    **Signature:**    _Joseph Speetjens_