**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: WIEDMAIER, JOHN FRANCIS          § Case No. 09-71301
                                        §
                                        §
                                        §
Debtor(s)                               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   BERNARD J. NATALE, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $347,955.51                Assets Exempt: $87,055.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,300.37   Claims Discharged
                                             Without Payment: $12,910.48

Total Expenses of Administration: $3,701.45

---

   3) Total gross receipts of $ 6,001.82  (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $6,001.82
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $244,636.00 | $26,404.81 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,701.45 | 3,701.45 | 3,701.45 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 10,174.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 520,714.15 | 15,210.85 | 15,210.85 | 2,300.37 |
| **TOTAL DISBURSEMENTS** | $775,524.15 | $45,317.11 | $18,912.30 | $6,001.82 |

4) This case was originally filed under Chapter 7 on March 31, 2009. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/22/2011          By: /s/BERNARD J. NATALE
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Auto: 1994 Jeep Wrangler | 1129-000 | 1,000.00 |
| Motorcycle: 2004 RM 85 dirtbike | 1129-000 | 950.00 |
| Motorcycle: 2004 YZ 450 dirtbike | 1129-000 | 1,070.00 |
| Motorcycle: 2006 YZ 125 dirtbike | 1129-000 | 1,080.00 |
| Trailer: 1997 Wells Cargo trailer | 1129-000 | 700.00 |
| Boat: Starcraft 16D fishing boat | 1129-000 | 1,200.00 |
| Interest Income | 1270-000 | 1.82 |
| **TOTAL GROSS RECEIPTS** | | **$6,001.82** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Castle Bank | 4110-000 | N/A | 19,475.00 | 0.00 | 0.00 |
| 10 | GE Money Bank dba FUNANCING/GEMB | 4110-000 | N/A | 6,929.81 | 0.00 | 0.00 |
| 11 | Citizens Bank | 4210-000 | 4,716.00 | N/A | N/A | 0.00 |
| 12 | Prairie Community Bank | 4110-000 | 127,404.00 | N/A | N/A | 0.00 |
| 13 | Prairie State Bank | 4110-000 | 98,796.00 | N/A | N/A | 0.00 |
| 14 | Wells Fargo | 4210-000 | 13,720.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| TOTAL SECURED CLAIMS | $244,636.00 | $26,404.81 | $0.00 | $0.00 |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 40.28 | 40.28 | 40.28 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,306.25 | 2,306.25 | 2,306.25 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,350.18 | 1,350.18 | 1,350.18 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 4.74 | 4.74 | 4.74 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 3,701.45 | 3,701.45 | 3,701.45 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | Vilas County Treasurer | 5800-000 | 2,948.00 | N/A | N/A | 0.00 |
| 16 | William LeFew, Treasurer | 5800-000 | 2,926.00 | N/A | N/A | 0.00 |
| 17 | William LeFew, Treasurer | 5800-000 | 4,300.00 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 10,174.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Castle Bank | 7100-000 | N/A | 62.15 | 62.15 | 9.41 |
| 2 | Chase Bank USA NA | 7100-000 | N/A | 2,385.63 | 2,385.63 | 360.79 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 1,176.44 | 1,176.44 | 177.91 |
| 4 | PYOD LLC as assignee of Citibank | 7100-000 | N/A | 1,012.85 | 1,012.85 | 153.17 |
| 5 | GE Money Bank dba JCPenney Credit Serv | 7100-000 | N/A | 2,205.92 | 2,205.92 | 333.60 |
| 6 | GE Money Bank dba Dick's Sptg Goods/GEMB | 7100-000 | N/A | 1,026.58 | 1,026.58 | 155.25 |
| 7 | GE Money Bank dba Blain's Farm & Flt/GEMB | 7100-000 | N/A | 2,059.16 | 2,059.16 | 311.41 |
| 8 | GE Money Bank dba Lenscrafters | 7100-000 | N/A | 553.90 | 553.90 | 83.77 |
| 9 | GE Money Bank dba KTM/GEMB | 7100-000 | N/A | 4,728.22 | 4,728.22 | 715.06 |
| 18 | Carson Pirie Scott | 7100-000 | 140.00 | N/A | N/A | 0.00 |
| 19 | Centegra-Woodstock | 7100-000 | 2,988.00 | N/A | N/A | 0.00 |
| 20 | Citgo | 7100-000 | 299.00 | N/A | N/A | 0.00 |
| 21 | Citifinancial Services | 7100-000 | 8,829.00 | N/A | N/A | 0.00 |
| 22 | Exxon Mobil | 7100-000 | 2,389.00 | N/A | N/A | 0.00 |
| 23 | Hooters Mastercard | 7100-000 | 2,463.00 | N/A | N/A | 0.00 |
| 24 | HSBC Mastercard | 7100-000 | 889.00 | N/A | N/A | 0.00 |
| 25 | Macy's | 7100-000 | 649.00 | N/A | N/A | 0.00 |
| 26 | Phillips 66 - Conoco 76 | 7100-000 | 315.00 | N/A | N/A | 0.00 |
| 27 | Prairie State Bank | 7100-000 | 447,082.00 | N/A | N/A | 0.00 |
| 28 | Prairie State Bank | 7100-000 | 29,892.00 | N/A | N/A | 0.00 |
| 29 | Rynders Development Company | 7100-000 | 20,739.00 | N/A | N/A | 0.00 |
| 30 | Shell | 7100-000 | 1,252.00 | N/A | N/A | 0.00 |
| 31 | Specialty Heating | 7100-000 | 286.52 | N/A | N/A | 0.00 |
| 32 | Specialty Heating | 7100-000 | 286.00 | N/A | N/A | 0.00 |
| 33 | Washington Mutual | 7100-000 | 2,215.63 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 520,714.15 | 15,210.85 | 15,210.85 | 2,300.37 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-71301  
**Case Name:** WIEDMAIER, JOHN FRANCIS  

**Period Ending:** 02/22/11

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/31/09 (f)  
**§341(a) Meeting Date:** 05/13/09  
**Claims Bar Date:** 11/17/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Residence: main, Location: 425 W. Washington Str | 134,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Land: 2 acres, Location: Halverson Drive, Mareng | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Bank Account: checking account | 120.00 | 0.00 | DA | 0.00 | FA |
| 4 | Bank Account: savings account | 15.51 | 15.51 | DA | 0.00 | FA |
| 5 | Household: kitchen items, dishes, flatware, iron | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Furniture: bed (3), dressers (5), couch, chair, | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Office: personal computer | 150.00 | 0.00 | DA | 0.00 | FA |
| 8 | Books-Music: books | 200.00 | 50.00 | DA | 0.00 | FA |
| 9 | Clothes: clothing | 350.00 | 0.00 | DA | 0.00 | FA |
| 10 | Trade Tools: tools | 100.00 | 0.00 | DA | 0.00 | FA |
| 11 | Retirement: pension | 64,005.00 | 0.00 | DA | 0.00 | FA |
| 12 | Bond: Walt Disney stock | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Auto: 2006 Chevrolet Suburban | 19,095.00 | 0.00 | DA | 0.00 | FA |
| 14 | Auto: 2004 Dodge Durango | 10,720.00 | 0.00 | DA | 0.00 | FA |
| 15 | Auto: 1994 Jeep Wrangler | 2,000.00 | 1,000.00 | | 1,000.00 | FA |
| 16 | Fun Vehicle: 2 snowmobiles - 2004 and 2007 Skido | 6,600.00 | 0.00 | DA | 0.00 | FA |
| 17 | Motorcyle: 2008 KTM dirtbike | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | Motorcyle: 2004 RM 85 dirtbike | 950.00 | 950.00 | | 950.00 | FA |
| 19 | Motorcyle: 2004 YZ 450 dirtbike | 1,800.00 | 1,270.00 | | 1,070.00 | FA |
| 20 | Motorcyle: 2006 YZ 125 dirtbike | 1,200.00 | 800.00 | | 1,080.00 | FA |
| 21 | Trailer: 1997 Wells Cargo trailer | 1,000.00 | 780.00 | | 700.00 | FA |
| 22 | Trailer: 1996 8'x5' trailer | 100.00 | 100.00 | DA | 0.00 | FA |
| 23 | Boat: Sea Ray 180 boat   Repossessed by the Bank for non-payment | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 24 | Boat: Starcraft 16D fishing boat | 5,000.00 | 1,200.00 | | 1,200.00 | FA |
| 25 | Boat: 1973 12' aluminum fishing boat | 100.00 | 100.00 | DA | 0.00 | FA |
| 26 | Residence: main, Location: 425 W. Washington Str   DUPLICATION OF ASSET 1 | 0.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-71301  **Trustee:** (330370) BERNARD J. NATALE
**Case Name:** WIEDMAIER, JOHN FRANCIS  **Filed (f) or Converted (c):** 03/31/09 (f)
 **§341(a) Meeting Date:** 05/13/09
**Period Ending:** 02/22/11  **Claims Bar Date:** 11/17/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 27 | Land: 2 acres, Location: Halverson Drive, Mareng  DUPLICATION OF ASSET 2 | 0.00 | 0.00 | DA | 0.00 | FA |
| 28 | Bank Account: checking account  DUPLICATION OF ASSET 3 | 0.00 | 0.00 | DA | 0.00 | FA |
| 29 | Bank Account: savings account  DUPLICATION OF ASSET 4 | 0.00 | 0.00 | DA | 0.00 | FA |
| 30 | Household: kitchen items, dishes, flatware, iron  DUPLICATION OF ASSET 5 | 0.00 | 0.00 | DA | 0.00 | FA |
| 31 | Furniture: bed (3), dressers (5), couch, chair,  DUPLICATION OF ASSET 6 | 0.00 | 0.00 | DA | 0.00 | FA |
| 32 | Office: personal computer  DUPLICATION OF ASSET 7 | 0.00 | 0.00 | DA | 0.00 | FA |
| 33 | Books-Music: books  DUPLICATION OF ASSET 8 | 0.00 | 0.00 | DA | 0.00 | FA |
| 34 | Clothes: clothing  DUPLICATION OF ASSET 9 | 0.00 | 0.00 | DA | 0.00 | FA |
| 35 | Trade Tools: tools  DUPLICATION OF ASSET 10 | 0.00 | 0.00 | DA | 0.00 | FA |
| 36 | Retirement: pension  DUPLICATIONOF ASSET 11 | 0.00 | 0.00 | DA | 0.00 | FA |
| 37 | Bond: Walt Disney stock  DUPLICATION OF ASSET 12 | 0.00 | 0.00 | DA | 0.00 | FA |
| 38 | Auto: 2006 Chevrolet Suburban  DUPLICATION OF ASSET 13 | 0.00 | 0.00 | DA | 0.00 | FA |
| 39 | Auto: 2004 Dodge Durango  DUPLICATION OF ASSET 14 | 0.00 | 0.00 | DA | 0.00 | FA |
| 40 | Auto: 1994 Jeep Wrangler  DUPLICATION OF ASSET 15 | 0.00 | 0.00 | DA | 0.00 | FA |
| 41 | Fun Vehicle: 2 snowmobiles - 2004 and 2007 Skido  DUPLICATION OF ASSET 16 | 0.00 | 0.00 | DA | 0.00 | FA |
| 42 | Motorcyle: 2008 KTM dirtbike  DUPLICATION OF ASSET 17 | 0.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-71301  
**Case Name:** WIEDMAIER, JOHN FRANCIS  
**Period Ending:** 02/22/11

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/31/09 (f)  
**§341(a) Meeting Date:** 05/13/09  
**Claims Bar Date:** 11/17/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 43  Motorcyle: 2004 RM 85 dirtbike  DUPLICATION OF ASSET 18 | 0.00 | 0.00 | DA | 0.00 | FA |
| 44  Motorcyle: 2004 YZ 450 dirtbike  DUPLICATION OF ASSET 19 | 0.00 | 0.00 | DA | 0.00 | FA |
| 45  Motorcyle: 2006 YZ 125 dirtbike  DUPLICATION OF ASSET 20 | 0.00 | 0.00 | DA | 0.00 | FA |
| 46  Trailer: 1997 Wells Cargo trailer  DUPLICATION OF ASSET 21 | 0.00 | 0.00 | DA | 0.00 | FA |
| 47  Trailer: 1996 8'x5' trailer  DUPLICATION OF ASSET 22 | 0.00 | 0.00 | DA | 0.00 | FA |
| 48  Boat: Sea Ray 180 boat  DUPLICATION OF ASSET 23 | 0.00 | 0.00 | DA | 0.00 | FA |
| 49  Boat: Starcraft 16D fishing boat  DUPLICATION OF ASSET 24 | 0.00 | 0.00 | DA | 0.00 | FA |
| 50  Boat: 1973 12' aluminum fishing boat  DUPLICATION OF ASSET 25 | 0.00 | 0.00 | DA | 0.00 | FA |
| Int  INTEREST (u) | Unknown | N/A |  | 1.82 | FA |
| 51 Assets  Totals (Excluding unknown values) | **$359,905.51** | **$6,265.51** |  | **$6,001.82** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE RECEIVING PAYMENTS ON SALE OF NON EXEPT ASSETS TO DEBTOR.

**Initial Projected Date Of Final Report (TFR):** December 13, 2010  **Current Projected Date Of Final Report (TFR):** September 27, 2010 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-71301 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | WIEDMAIER, JOHN FRANCIS | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****62-65 - Money Market Account |
| Taxpayer ID #: | **-***5711 | | Blanket Bond: | $552,000.00 (per case limit) |
| Period Ending: | 02/22/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/24/09 | {15} | JOHN F. WIEDMAIER | COMPROMISE PAYMENT | 1129-000 | 500.00 | | 500.00 |
| 09/25/09 | {15} | John Wiedmaier | Pymt on Compromise on Vehicles | 1129-000 | 500.00 | | 1,000.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 1,000.02 |
| 10/28/09 | {20} | John Wiedmaier | PAYMENT ON NON-EXEMPT ASSET | 1129-000 | 500.00 | | 1,500.02 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,500.06 |
| 11/24/09 | | John Wiedmaier | Payment on Non-Exempts Assets | | 500.00 | | 2,000.06 |
| | {20} | | | 300.00 | 1129-000 | | 2,000.06 |
| | {24} | | | 200.00 | 1129-000 | | 2,000.06 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 2,000.12 |
| 12/21/09 | {24} | John F. Wiedmaier | | 1129-000 | 500.00 | | 2,500.12 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,500.20 |
| 01/26/10 | {24} | John F. Wiedmaier | Payment on Compromise for Non-Exempt Assets | 1129-000 | 500.00 | | 3,000.20 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.09 | | 3,000.29 |
| 02/26/10 | {21} | John F Wiedmaier | Payment on Non-Exempt Assets/Compromise | 1129-000 | 500.00 | | 3,500.29 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 3,500.40 |
| 03/26/10 | | John Wiedmaier | | | 500.00 | | 4,000.40 |
| | {20} | | | 280.00 | 1129-000 | | 4,000.40 |
| | {19} | | | 220.00 | 1129-000 | | 4,000.40 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 4,000.55 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.02 | | 4,000.57 |
| 04/06/10 | | Wire out to BNYM account 9200******6265 | Wire out to BNYM account 9200******6265 | 9999-000 | -4,000.57 | | 0.00 |

| | | | | ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | -4,000.57 | 0.00 | |
| | | | | Subtotal | 4,000.57 | 0.00 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | NET Receipts / Disbursements | $4,000.57 | $0.00 | |

{} Asset reference(s)        Printed: 02/22/2011 12:50 PM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-71301  
**Case Name:** WIEDMAIER, JOHN FRANCIS  

**Taxpayer ID #:** **-***5711  
**Period Ending:** 02/22/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******62-65 - Money Market Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6265 | Wire in from JPMorgan Chase Bank, N.A. account ********6265 | | 9999-000 | 4,000.57 | | 4,000.57 |
| 04/27/10 | | John Wiedmaier | | | | 2,000.00 | | 6,000.57 |
| | {18} | | Pymt of Compromise | 950.00 | 1129-000 | | | 6,000.57 |
| | {19} | | Pymt of Compromise | 850.00 | 1129-000 | | | 6,000.57 |
| | {21} | | Pymt of Compromise | 200.00 | 1129-000 | | | 6,000.57 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.18 | | 6,000.75 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.35 | | 6,001.10 |
| 06/03/10 | 11001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2010 FOR CASE #09-71301, BOND #016018067 | | 2300-000 | | 4.74 | 5,996.36 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.35 | | 5,996.71 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.35 | | 5,997.06 |
| 08/02/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | | 1270-000 | 0.02 | | 5,997.08 |
| 08/02/10 | | To Account #9200******6266 | Transfer for Final Report | | 9999-000 | | 5,997.08 | 0.00 |

|   |   |   |
|---|---|---|
| **ACCOUNT TOTALS** | 6,001.82 | 6,001.82 | $0.00 |
| Less: Bank Transfers | 4,000.57 | 5,997.08 | |
| **Subtotal** | **2,001.25** | **4.74** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,001.25** | **$4.74** | |

{} Asset reference(s)

Printed: 02/22/2011 12:50 PM    V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-71301 | | Trustee: | BERNARD J. NATALE (330370) |
| Case Name: | WIEDMAIER, JOHN FRANCIS | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******62-66 - Checking Account |
| Taxpayer ID #: | **-***5711 | | Blanket Bond: | $552,000.00  (per case limit) |
| Period Ending: | 02/22/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/02/10 | | From Account #9200******6265 | Transfer for Final Report | 9999-000 | 5,997.08 | | 5,997.08 |
| 11/03/10 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,350.18, Trustee Compensation;  Reference: | 2100-000 | | 1,350.18 | 4,646.90 |
| 11/03/10 | 102 | Castle Bank | Distribution paid  15.12% on $62.15; Claim# 1U; Filed: $62.15; Reference: | 7100-000 | | 9.41 | 4,637.49 |
| 11/03/10 | 103 | Chase Bank USA NA | Distribution paid  15.12% on $2,385.63; Claim# 2; Filed: $2,385.63; Reference: 2668 | 7100-000 | | 360.79 | 4,276.70 |
| 11/03/10 | 104 | Chase Bank USA, N.A. | Distribution paid  15.12% on $1,176.44; Claim# 3; Filed: $1,176.44; Reference: 7745 | 7100-000 | | 177.91 | 4,098.79 |
| 11/03/10 | 105 | PYOD LLC  as assignee of Citibank | Distribution paid  15.12% on $1,012.85; Claim# 4; Filed: $1,012.85; Reference: 4708 | 7100-000 | | 153.17 | 3,945.62 |
| 11/03/10 | 106 | GE Money Bank dba JCPenney Credit Serv | Distribution paid  15.12% on $2,205.92; Claim# 5; Filed: $2,205.92; Reference: 6399 | 7100-000 | | 333.60 | 3,612.02 |
| 11/03/10 | 107 | GE Money Bank dba Dick's Sptg Goods/GEMB | Distribution paid  15.12% on $1,026.58; Claim# 6; Filed: $1,026.58; Reference: 8637 | 7100-000 | | 155.25 | 3,456.77 |
| 11/03/10 | 108 | GE Money Bank dba Blain's Farm & Flt/GEMB | Distribution paid  15.12% on $2,059.16; Claim# 7; Filed: $2,059.16; Reference: 6513 | 7100-000 | | 311.41 | 3,145.36 |
| 11/03/10 | 109 | GE Money Bank dba Lenscrafters | Distribution paid  15.12% on $553.90; Claim# 8; Filed: $553.90; Reference: 0802 | 7100-000 | | 83.77 | 3,061.59 |
| 11/03/10 | 110 | GE Money Bank dba KTM/GEMB | Distribution paid  15.12% on $4,728.22; Claim# 9; Filed: $4,728.22; Reference: 1302 | 7100-000 | | 715.06 | 2,346.53 |
| 11/03/10 | 111 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 2,346.53 | 0.00 |
| | | | Dividend paid 100.00%         2,306.25 on $2,306.25;  Claim# ATTY; Filed: $2,306.25 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%           40.28 on $40.28;  Claim# EXP; Filed: $40.28 | 3120-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 5,997.08 | 5,997.08 | $0.00 |
| | | | Less: Bank Transfers | | 5,997.08 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,997.08 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $5,997.08 | |

{} Asset reference(s)                                                                                                                   Printed: 02/22/2011 12:50 PM        V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 09-71301 | | **Trustee:** | BERNARD J. NATALE (330370) |
| **Case Name:** | WIEDMAIER, JOHN FRANCIS | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******62-66 - Checking Account |
| **Taxpayer ID #:** | **-***5711 | | **Blanket Bond:** | $552,000.00   (per case limit) |
| **Period Ending:** | 02/22/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****62-65 | 4,000.57 | 0.00 | 0.00 |
| MMA # 9200-******62-65 | 2,001.25 | 4.74 | 0.00 |
| Checking # 9200-******62-66 | 0.00 | 5,997.08 | 0.00 |
| | $6,001.82 | $6,001.82 | $0.00 |

{} Asset reference(s)

Printed: 02/22/2011 12:50 PM    V.12.56